■ In the Matter of G. GARY SOUSA, Appellant, v. NEW YORK STATE COUNCIL KNIGHTS OF COLUMBUS FOUNDATION et al., Respondents.— Motion by John F. Symonds and others to appear as *amicus curiæ,* granted to the extent of permitting the movants to file a brief. Kleinfeld, Christ, Pette and Brennan, JJ., concur; Nolan, P. J., not voting.

■ In the Matter of G. GARY SOUSA, Appellant, v. NEW YORK STATE COUNCIL KNIGHTS OF COLUMBUS FOUNDATION et al., Respondents.— Motion by appellant for a stay pending determination of the appeal, granted on condition that appellant argue or submit the appeal at the November Term,

beginning October 31, 1960. The appeal is ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before October 21, 1960. Kleinfeld, Christ, Pette and Brennan, JJ., concur; Nolan, P. J., not voting.